# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYISHA FORREST,<br><br> Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br> Defendant. | Civil Action No. 18-290 (JEB/GMH) |

## MEMORANDUM OPINION

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge G. Michael Harvey on September 11, 2018. The 14-day period during which the parties may file objections to the Report has expired, see Local Civil Rule 72.3(b), and neither party has filed any.

Plaintiff Myisha Forrest, on behalf of her minor child M.F., brought this action seeking reimbursement of the fees and costs incurred by her attorney in this Individuals with Disabilities Education Act matter. See ECF No. 1. After a briefing schedule was issued, she moved for fees on March 29, 2018. See ECF No. 8. In a thorough 24-page Report, Judge Harvey recommended granting much of her request and awarding $40,748.91 in fees and costs. See ECF No. 15.

After consideration of the Report, the absence of any party's objection thereto, the entire record before the Court, and the applicable law, the Court will adopt the Report and grant in part and deny in part Plaintiff's Motion for Attorney Fees and Costs.

A separate final Order accompanies this Memorandum Opinion.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 28, 2018